Argued October 24, affirmed October 24, 1972

STATE OF OREGON, *Respondent, v.* FRANK
EDWARD BAIRD (No. 72-643-C), *Appellant.*

501 P2d 1303

*Gary D. Babcock,* Public Defender, Salem, argued
the cause and filed the brief for appellant.

*John W. Burgess,* Assistant Attorney General, Sa-
lem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and
THORNTON, Judges.

AFFIRMED FROM THE BENCH.